# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC,
                Appellant,
    vs.
DITECH FINANCIAL LLC,
                Respondent.

No. 77469

**FILED**

JAN 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Hon. Kerry Louise Earley, District Judge
       Charles K. Hauser, Settlement Judge
       Kim Gilbert Ebron
       Wolfe & Wyman LLP
       Eighth District Court Clerk

20-00632